ORIGIᴺ

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney

5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 522-6031
7  Fax: (415) 436-7234
   Email: Patricia.Spaletta@usdoj.gov

8
   Attorneys for the United States
9

*FILED*
*JAN 26 2011*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              )    No. CR 11-0031 SI
                                           )
14        Plaintiff,                       )
                                           )    PETITION FOR AND WRIT OF
15     v.                                  )    HABEAS CORPUS AD
                                           )    PROSEQUENDUM
16  JUAN GABRIEL MAGANA-LOPEZ,             )
                                           )
17                                         )
                                           )
18        Defendant.                       )
                                           )

19

20        To the Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern

21  District of California:

22        The United States of America respectfully petitions the Court to issue a Writ of Habeas

23  Corpus Ad Prosequendum for the prisoner JUAN GABRIEL MAGANA-LOPEZ. The prisoner

24  is required to appear in the above-referenced matter forthwith for his initial appearance before

25  //

26  //

27  //

28
    PETITION FOR WRIT OF HABEAS
    CORPUS AD PROSEQUENDUM;
    CR 11-0031 SI

1   the Duty Magistrate and at all times thereafter until final disposition of his case. His place of

2   custody and jailor are set forth in the requested Writ, attached hereto.

3   DATED: January 25, 2011                   Respectfully submitted,

4                                       MELINDA HAAG
5                                       United States Attorney

6                                         /s/
                                    PATRICIA SPALETTA
7                                     Special Assistant United States Attorney

8   IT IS SO ORDERED.
9

10   DATED: 1/26/2011

11

12                                     HON. BERNARD ZIMMERMAN
13                                     United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

  PETITION FOR WRIT OF HABEAS
  CORPUS AD PROSEQUENDUM;
  CR 11-0031 SI                      2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: **Federico Rocha, United States Marshal for the Northern District of California; any of**
**his authorized deputies; and Vince Cullen, Warden of San Quentin State Prison; any of his**
**authorized officers; San Quentin State Prison, 1 Main Street, San Quentin, CA 94964.**

**GREETINGS**

WE COMMAND that you have and produce the body of JUAN GABRIEL MAGANA-
LOPEZ (DOB 09/20/76; CDC # AE05382), in your custody at San Quentin State Prison,1 Main
Street, San Quentin, CA 94964, FORTHWITH before the United States District Court in and for
the Northern District of California, in the Courtroom of the Duty Magistrate, 15th Floor, 450
Golden Gate Avenue, San Francisco, California 94102, so that JUAN GABRIEL MAGANA-
LOPEZ, may then and there appear for an initial appearance upon the charges filed against him in
the above-captioned case and at all times thereafter until a final disposition in his case.
Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide
by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the
above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States
Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge for the
Northern District of California.

DATED: January 26, 2011

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

ROSE MAHER

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM;
CR 11-0031 SI                                      3